UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL MILES II, | No.  2:26-cv-00077 DC AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and KATHERINE LESTER in her capacity as Chief of Police of the Sacramento Police Department, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On February 18, 2026, the undersigned granted leave for plaintiff to proceed in forma pauperis.  ECF No. 6 at 1. Upon screening the complaint, however, the undersigned found that it failed to state a cognizable claim for relief under 42 U.S.C. §1983 against any identified defendant.  Id.  Plaintiff was ordered to amend his complaint within 30 days to address the identified deficiencies.  Id. at 11.  To date, plaintiff has not filed such an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 21 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of a First

1

Amended Complaint ("FAC") within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

DATED: April 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE