UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL MILES II, | No.  2:26-cv-77 DC AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and KATHERINE LESTER in her capacity as Chief of Police of the Sacramento Police Department, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On February 18, 2026, the undersigned granted leave for plaintiff to proceed *in forma pauperis*.  ECF No. 6 at 1. Upon screening the complaint, however, the undersigned found that it failed to state a cognizable claim for relief under 42 U.S.C. §1983 against any identified defendant.  Id.  Plaintiff was ordered to amend his complaint within 30 days to address the identified deficiencies.  Id. at 11.

On April 14, 2026, the undersigned issued an order to show cause ("OSC") within 21 days as to why plaintiff's failure to amend the complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  ECF No. 10 at 1.  Plaintiff was further informed that filing a First Amended Complaint ("FAC") would discharge the OSC.  Id. at 1-2.  To date,

1

plaintiff has not amended his complaint or otherwise responded to the OSC.

In accordance with the above, **IT IS HEREBY RECOMMENDED THAT** this action be dismissed for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

SO ORDERED.

DATED: May 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2