UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL MILES, II,<br>Plaintiff,<br>v.<br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and KATHERINE LESTER in her capacity as Chief of Police of the Sacramento Police Department,<br>Defendants. | No. 2:26-cv-00077 DC AC (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 11) |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 13, 2026, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Plaintiff has not filed objections to the findings and recommendations. Although non-party Cedric Miles has filed what he purports to be objections (ECF No. 12), the court has already explained why he cannot intercede in this matter. (ECF No. 6 at 9; ECF No. 9).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2026, ECF No. 11, are ADOPTED; and

2. This action is dismissed for failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge